FILED
BILLINGS DIV.

2006 JUN 9 PM 3 46

PATRICK E. DUFFY, CLERK

BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## BILLINGS DIVISION

| | |
|---|---|
| MARCELLINO PEÑA, ) | CV-05-138-BLG-RFC |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | ORDER ADOPTING |
| WILLIAM SLAUGHTER, Director, ) | FINDINGS AND |
| Montana Department of Corrections; ) | RECOMMENDATIONS |
| JAMES MacDONALD, Warden, Crossroads ) | |
| Correctional Center, Shelby, Montana, ) | |
| ) | |
| Defendants. ) | |

On May 12, 2006, United States Magistrate Judge Richard W. Anderson entered his Findings and Recommendation. Magistrate Judge Anderson recommends that Peña's Petition be denied on the merits and a certificate of appealability be denied.

Pursuant to 28 U.S.C. § 636, any objections to the Findings and Recommendations must be filed or delivered to prison authorities for mailing within twenty (20) calendar days after the entry date reflected on the Notice of Electronic Filing, or objection is waived. In this matter, Peña's counsel filed objections on June 2, 2006. Peña's objections are not well taken.

After a de novo review, the Court determines the Findings and Recommendation of Magistrate Judge Anderson are well grounded in law and fact and HEREBY ORDERS they be adopted in their entirety.

1

Accordingly, **IT IS HEREBY ORDERED** that Peña's Petition (*Doc. #1*) is DENIED on the merits. A certificate of appealability is also DENIED.

The Clerk of Court shall notify the parties of the making of this Order and close this case accordingly.

DATED this 9th day of June, 2006.

RICHARD F. CEBULL
UNITED STATES DISTRICT JUDGE